# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

LAMAR BROWN, : No. 152 MM 2019

Petitioner :

v. :

BARRY SMITH SUPERINTENDENT OF :
THE STATE CORRECTIONAL :
INSTITUTION AT HOUTZDALE, DISTRICT :
ATTORNEY'S OFFICE OF ADAMS :
COUNTY, :

Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2020, the Application for Leave to File Original Process is GRANTED, and the "Petition for the Writ of Habeas Corpus ad Subjiciendum" is DENIED.